# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of December, two thousand twenty-three.

Before:     William J. Nardini,
                  *Circuit Judge,*

_____

Steve Wilks, Ray Horton, Brian Flores, as a Class Representative, on behalf of himself and all others similarly situated,

    Plaintiffs-Appellees-Cross Appellants,

v.

New York Football Giants, Inc., Houston NFL Holdings, L.P., DBA Houston Texans, Denver Broncos,

    Defendants-Appellants,

National Football League, Miami Dolphins, Ltd., Arizona Cardinals Football Club LLC, DBA Arizona Cardinals, Tennessee Titans Entertainment, Inc., DBA Tennessee Titans,

    Defendants-Appellants-Cross-Appellees.
_____

**ORDER**

Docket Nos. 23-1185(L), 23-1225(XAP)

The parties jointly move to extend the briefing schedule on the motion to dismiss the cross-appeal. The parties propose that opposition to the motion be due January 19, 2024 and the reply due February 16, 2024.

IT IS HEREBY ORDERED that the motion to extend time is GRANTED. It is further ORDERED that the merits briefing of these appeals is stayed pursuant to Local Rule 31.2(a)(3).

                                                     For the Court:
                                                     Catherine O'Hagan Wolfe,
                                                     Clerk of Court