S.D.N.Y. – N.Y.C.
22-cv-871
Caproni, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of April, two thousand twenty-four.

Present:
    John M. Walker, Jr.,
    Steven J. Menashi,
        *Circuit Judges*,
    Orelia E. Merchant,
        *District Judge.* *

---

Steve Wilks, et al.,

    *Plaintiffs-Appellees-Cross-Appellants*,

    v.      23-1185 (L),
        23-1225 (Con)

New York Football Giants, Inc., et al.,

    *Defendants-Appellants*,

National Football League, et al.,

    *Defendants-Appellants-Cross-Appellees*,

John Doe Teams 1 through 29, et al.,

    *Defendants*.

---

Defendants-Appellants-Cross-Appellees move to dismiss the cross-appeal docketed under 23-1225 for lack of appellate jurisdiction. Upon due consideration, it is hereby ORDERED that the motion is GRANTED and the cross-appeal is DISMISSED. *See Ogunkoya v. Monaghan*, 913

---

* Judge Orelia E. Merchant, of the United States District Court for the Eastern District of New York, sitting by designation.

F.3d 64, 72 (2d Cir. 2019) (discussing pendent appellate jurisdiction); *Myers v. Hertz Corp.*, 624 F.3d 537, 552-53 (2d Cir. 2010) (same).

    FOR THE COURT:
    Catherine O'Hagan Wolfe, Clerk of Court