UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of April, two thousand twenty-four,

---

Brian Flores, as a Class Representative, on behalf of himself and all others similarly situated,

   Plaintiff-Appellee,

Steve Wilks, Ray Horton,

   Plaintiffs,

v.

New York Football Giants, Inc., Houston NFL Holdings, L.P., DBA Houston Texans, Denver Broncos, National Football League,

   Defendants-Appellants,

John Doe Teams 1 through 29, John Doe Teams 1 through 26, Miami Dolphins, Ltd., Arizona Cardinals Football Club LLC, DBA Arizona Cardinals, Tennessee Titans Entertainment, Inc., DBA Tennessee Titans,

   Defendants.

**ORDER**
Docket No: 23-1185

---

Counsel for APPELLEE Brian Flores has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting July 11, 2024 as the brief filing date.

It is HEREBY ORDERED that Appellee's brief must be filed on or before July 11, 2024. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellee will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court