# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-1185

**Motion for:** Extension of Time to File Reply Brief and Deferred Appendix

**Caption [use short title]**

Flores v. The National Football League

Set forth below precise, complete statement of relief sought:

Appellants seek a 29-day extension of time to file their reply brief and deferred appendix

**MOVING PARTY:** NFL, Denver Broncos, New York Giants, Houston Texans
**OPPOSING PARTY:** Brian Flores

☐ Plaintiff  ☐ Defendant
☒ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** Kannon K. Shanmugam
**OPPOSING ATTORNEY:** Douglas H. Wigdor

[name of attorney, with firm, address, phone number and e-mail]

Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street N.W. Washington, DC 20006
(202) 223-7300; kshanmugam@paulweiss.com

Wigdor LLP
85 Fifth Avenue New York, NY 10003
(212) 257-6800; dwigdor@wigdorlaw.com

**Court- Judge/ Agency appealed from:** Southern District of New York - Hon. Valerie E. Caproni

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes  ☐ No (explain):

Opposing counsel's position on motion:
☒ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☒ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested?  ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ☒ No  If yes, enter date:

**Signature of Moving Attorney:**

/s/ Kannon K. Shanmugam   **Date:** 7/12/2024   **Service:** ☒ Electronic  ☐ Other [Attach proof of service]

**Form T-1080** (rev. 10-23)

# 23-1185

## In the United States Court of Appeals for the Second Circuit

BRIAN FLORES, AS A CLASS REPRESENTATIVE,
ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,
PLAINTIFFS-APPELLEES,

STEVE WILKS, RAY HORTON, PLAINTIFFS

*v.*

NEW YORK FOOTBALL GIANTS, INC.; HOUSTON NFL HOLDINGS, L.P., DBA HOUSTON TEXANS; DENVER BRONCOS; NATIONAL FOOTBALL LEAGUE, DEFENDANTS-APPELLANTS,

JOHN DOE TEAMS 1 THROUGH 29; JOHN DOE TEAMS 1 THROUGH 26; MIAMI DOLPHINS, LTD.; ARIZONA CARDINALS FOOTBALL CLUB LLC, DBA ARIZONA CARDINALS; TENNESSEE TITANS ENTERTAINMENT, INC., DBA TENNESSEE TITANS, DEFENDANTS

*ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK (CIV. NO. 22-871)
(THE HONORABLE VALERIE E. CAPRONI, J.)*

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF AND DEFERRED APPENDIX BY APPELLANTS NATIONAL FOOTBALL LEAGUE, DENVER BRONCOS, NEW YORK GIANTS, AND HOUSTON TEXANS**

LORETTA E. LYNCH
BRAD S. KARP
LYNN B. BAYARD
BRETTE TANNENBAUM
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
*1285 Avenue of the Americas
New York, NY 10019*

KANNON K. SHANMUGAM
WILLIAM T. MARKS
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
*2001 K Street, N.W.
Washington, DC 20006
(202) 223-7300
kshanmugam@paulweiss.com*

Defendants-appellants the National Football League, Denver Broncos, New York Giants, and Houston Texans respectfully submit this unopposed motion seeking an extension of 29 days, until August 30, 2024, in which to file their reply brief and deferred appendix. Counsel for defendants have notified plaintiff-appellee Brian Flores about this motion. Plaintiff does not oppose this motion and does not intend to file a response.

1. Federal Rule of Appellate Procedure 26(b) provides that a party may receive an extension of time to file "[f]or good cause," and Second Circuit Local Rule 27.1(f) provides that a party may receive an extension in the event of an "extraordinary circumstance."

2. Defendants' reply brief and deferred appendix are currently due on August 1, 2024. Oral argument has not yet been scheduled in this case. Defendants request a 29-day extension of time to file their brief and deferred appendix, which would create a new due date of August 30, 2024.

3. Counsel for defendants have conferred with counsel for plaintiff, who does not oppose this request.

4. Reasoned justifications exist for defendants' request for an extension of time. Counsel for defendants have several upcoming filings and commitments, including:

- Oral argument in *United States* v. *Frank Bell, et al.*, No. 22-12750 (11th Cir.), on July 25;

- Reply brief in *OWLink Technology, Inc.* v. *Cypress Technology Co., Ltd.*, No. 23-4314 (9th Cir.), to be filed on August 2;

- Opening brief in *Facebook, Inc.* v. *Amalgamated Bank*, No. 23-980 (S. Ct.), to be filed on August 9;

- Answering brief in *Simon & Simon, et al.* v. *Align Technology, Inc., et al.*, Nos. 24-1703 & 24-1783 (9th Cir.), due on August 14;

Accordingly, counsel for defendants require an additional 29 days to prepare their reply brief and deferred appendix in this case.

5.  This is the first request for an extension of time by defendants and is not made for the purpose of delay.  No party will be prejudiced if it is granted.

Respectfully submitted,

/s/ Kannon K. Shanmugam
KANNON K. SHANMUGAM
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
  *2001 K Street, N.W.*
  *Washington, DC 20006*
  *(202) 223-7300*
  *kshanmugam@paulweiss.com*

JULY 12, 2024

# CERTIFICATE OF COMPLIANCE
# WITH TYPEFACE AND WORD COUNT LIMITATIONS

I, Kannon K. Shanmugam, counsel for appellants and a member of the Bar of this Court, certify, pursuant to Federal Rules of Appellate Procedure 27(d), that the foregoing Unopposed Motion for Extension of Time to File Reply Brief and Deferred Appendix by Appellants National Football League, Denver Broncos, New York Giants, and Houston Texans is proportionately spaced, has a typeface of 14 points or more, and contains 324 words.

/s/ Kannon K. Shanmugam
KANNON K. SHANMUGAM

JULY 12, 2024