# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of August, two thousand twenty-five.

Before:  José A. Cabranes,
Gerard E. Lynch,
Raymond J. Lohier. Jr.,
*Circuit Judges*.

_____

| | |
|---|---|
| Brian Flores, as a class representative, on behalf of himself and all others similarly situated, | **JUDGMENT** |
| Plaintiff-Appellee, | Docket No. 23-1185 |
| v. | |
| New York Football Giants, Inc.; Houston NFL Holdings, L.P., DBA Houston Texans; Denver Broncos; National Football League, | |
| Defendants-Appellants. | |

_____

The appeal in the above captioned case from orders of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's orders denying the motion to compel arbitration of Plaintiff-Appellee Brian Flores' claims against the Denver Broncos, New York Giants, Houston Texans, and NFL, and denying reconsideration, are AFFIRMED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

