# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of August, two thousand twenty-five.

Before:      Raymond J. Lohier, Jr.,
                 *Circuit Judge.*

---

Brian Flores, as a Class Representative, on behalf of himself and all others similarly situated,

         Plaintiff-Appellee,

v.

New York Football Giants, Inc.; Houston NFL Holdings, L.P., DBA Houston Texans; Denver Broncos; National Football League,

         Defendants-Appellants.

**ORDER**

Docket No. 23-1185

---

Appellants move for a 21-day extension of time, to September 18, 2025, to file a petition for rehearing or rehearing en banc. Appellee opposes the motion.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court