# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of December, two thousand twenty-five.

_____

| | |
|---|---|
| Brian Flores, as a Class Representative, on behalf of himself and all others similarly situated,<br><br>    Plaintiff-Appellee,<br><br>v.<br><br>New York Football Giants, Inc.; Houston NFL Holdings, L.P., DBA Houston Texans; Denver Broncos; National Football League,<br><br>    Defendants-Appellants. | **STATEMENT OF COSTS**<br><br>Docket No. 23-1185 |

_____

    IT IS HEREBY ORDERED that costs are taxed in the amount of $410.80 in favor of the Appellee.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court