# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of December, two thousand twenty-five.

_____

Brian Flores, as a Class Representative, on behalf of himself and all others similarly situated,

       Plaintiff-Appellee,

v.

New York Football Giants, Inc.; Houston NFL Holdings, L.P., DBA Houston Texans; Denver Broncos; National Football League,

       Defendants-Appellants.

_____

**STATEMENT OF COSTS**

Docket No. 23-1185

IT IS HEREBY ORDERED that costs are taxed in the amount of $410.80 in favor of the Appellee.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 12/12/2025