# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

January 6, 2026

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Second
Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

    Re:  New York Football Giants, Inc., et al.
           v. Brian Flores
           No. 25-790
           (Your No. 23-1185)

Dear Clerk:

     The petition for a writ of certiorari in the above entitled case was filed on January 2, 2026 and placed on the docket January 6, 2026 as No. 25-790.

                           Sincerely,

                           **Scott S. Harris**, Clerk

                           by

                           Sara Simmons
                           Case Analyst